In the Matter of NEIL M. SISKIND, Respondent, v COURTNEY A. SCHAEL, Appellant. ROBERTA NANCY KAUFMAN, Nonparty Respondent.

Submitted June 9, 2009; decided October 27, 2009

Reported below, 62 AD3d 805.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DONALD J. TRUMP et al., Appellants, v HENRY CHENG et al., Respondents, et al., Defendants.

Submitted August 10, 2009; decided October 27, 2009

Reported below, 63 AD3d 623.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the dismissal of all but the expressly severed 18th cause of action, denied; motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that it does not finally determine the action within the meaning of the Constitution.